**Electronically Filed
Supreme Court
SCPW-24-0000108
17-APR-2024
11:23 AM
Dkt. 4 ODDP**

SCPW-24-0000108

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN RE JOHN TIMOTHY BURGESS

_____

ORIGINAL PROCEEDING
(CASE NO. 1DV181000217)

ORDER DENYING PETITION

(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the documents filed by John Timothy Burgess (Burgess) on February 27, 2024, which we construe as a petition for writ of mandamus, and the record, to the extent Burgess seeks relief from this court, that request is denied. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 537 P.3d 1154, (2023).

DATED:  Honolulu, Hawai'i, April 17, 2024.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens

